In the Matter of the Claim of STANLEY R. DANN, Respondent, against TOWN OF VETERAN et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted December 8, 1938; decided January 3, 1939.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 461.)